UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 AUG 16 PM 12: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

TERESA BYFORD BALLARD,
Individually and as the surviving
spouse and personal representative
of Timothy Ballard, deceased

    Plaintiff,

V.

DOCKET NO. 04-3025 MI V

INTERPLANE spol s.r.o. a foreign
corporation
INTERPLANE, LLC, a Florida
limited liability company, and
RALPH MANDARINO, Individually and
d/b/a, Interplane, LLC.

    Defendants.

ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE
AND ALLOWING PLAINTIFF ADDITIONAL TIME TO RESPOND
TO MOTION FOR SUMMARY JUDGMENT FILED BY RALPH MANDARINO

    This cause came on to be heard upon the Motion of the Plaintiff for Additional Time to respond to Defendant Ralph Mandarino's Motion for Summary Judgment and Request for Rule16 Scheduling Conference and it appears to the Court that the Motion is well taken and should be granted, and accordingly,

    IT IS HEREBY ORDERED as follows:

    1.    The parties hereto will make initial disclosures under Rule 26(f) within twenty one days after August 5, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-16-05



2. A Rule 16(b) Scheduling Conference will be held before United States Magistrate Judge Diane K. Vescovo on *Thurs. Sept 8, 2005* at *2:00* p.m.
   Date                Time

3. The parties will notify the Court promptly after August 5, 2005 if this matter has been settled.

4. A deadline for Response of Plaintiff to Mandarino's Motion for Summary Judgment will be determined at the Rule 16(b) scheduling conference.

*Diane K. Vescovo*
DIANE K. VESCOVO, UNITED STATES
MAGISTRATE JUDGE

Date: *August 16, 2005*

K:\MBN\Cases\B\Ballard\pleadings\Order Sched Conf Add Time to Respond.doc

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-03025 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Alan L. Farkas
MADSEN FARKAS & POWEN, LLC
111 W. Washington St.
Ste. 1550
Chicago, IL 60602

Michael B. Neal
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Mary McGahey
1730 Dogwood Creek Dr.
Germantown, TN 38139

Mark S. Norris
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Jon McCalla
US DISTRICT COURT