```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```
_____

| | |
|---|---|
| **TERESA BYFORD BALLARD,** ) | |
| **individually and as the** ) | |
| **surviving spouse and personal** ) | |
| **representative of Timothy** ) | |
| **Ballard, deceased,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | No. 04-3025 Ml/V |
| ) | |
| **INTERPLANE spol s.r.o., a** ) | |
| **foreign corporation,** ) | |
| **INTERPLANE, LLC, a Florida** ) | |
| **limited liability company, and** ) | |
| **RALPH MANDARINO, individually** ) | |
| **and d/b/a Interplane, LLC,** ) | |
| ) | |
|     **Defendants.** ) | |

_____

```
        ORDER FOLLOWING PRE-TRIAL CONFERENCE
           ORDER SETTING STATUS CONFERENCE
```
_____

     The Court held a Pre-Trial Conference in the case on January 19, 2007.  During the conference, counsel for Plaintiff indicated that within 60 days it should be clear whether a settlement will be reached in the case.  Accordingly, the Court ordered parties to report back to the Court for a final status conference on <u>Monday, March 19, 2007 at 9:00 a.m.</u>  At that time, if settlement is not imminent, the case will be reset for trial.  The jury trial previously set for January 22, 2007 at 9:30 a.m. was cancelled.

So ORDERED this 23rd day of January, 2007.

                          <u>/s/ Jon P. McCalla</u>
                          JON P. McCALLA
                          UNITED STATES DISTRICT JUDGE